GREGORY BOOMER, Appellant, v JAMES E. GROSS, Respondent.

Submitted March 26, 2007; decided April 3, 2007

━━━━━━

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no appeal lies as of right from the unanimous order of the Appellate Division absent the direct involvement of a substantial constitutional question (CPLR 5601).